```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  State Bar No. 00014
    BRENDA WEKSLER
 3  Assistant Federal Public Defender
    411 E. Bonneville Ave., Suite 250
 4  Las Vegas, Nevada 89101
    Tel: (702) 388-6577
 5  Fax: (702) 388-6261

 6  Attorney for: TASHAUNA NADENE RILEY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TASHAUNA NADENE RILEY,<br><br>Defendant. | CASE NO.: 2:13-MJ-994-GWF<br><br>**UNOPPOSED MOTION FOR PERMISSION TO ALLOW ENTRY OF PLEA AND SENTENCING IN ABSENTIA** |

Pursuant to Fed. R. Crim. P. 43(b)(2), the defendant, Tashauna Nadene Riley, through counsel, Brenda Weksler, Assistant Federal Public Defender, hereby moves this Court for an order that Tashauna Nadene Riley's presence is not required at the court appearance scheduled for February 5, 2014 at 4:00 p.m., or for future status conference hearings should the defendant continue to meet the court ordered requirements.

The rule provides that a defendant need not be present:

> when the offense is punishable by fine or by imprisonment for not more that one year or both, and the court, with the written consent of the defendant, permits arraignment, plea, trial, and imposition of sentence in defendant's absence [.]

Fed. R. Crim. P. 43(b)(2)

1

## UNOPPOSED MOTION FOR PERMISSION TO ALLOW ENTRY OF PLEA AND SENTENCING IN ABSENTIA

Tashauna Riley (Riley) was charges by way of complaint on December 23, 2013 with Interference with Fligh Crew a violation of 49 U.S.C. § 46504 and Assault by Striking, Beating and Wounding, a violation of 18 U.S.C. § 113(a)(4).

The parties have entered into an agreement in this case to a misdemeanor offense of Disorderly Conduct, a violation of 49 U.S.C. §46506(2). The current charges in the Complaint will be dismissed. The parties request that Riley's appearance be waived for purposes of the entry of plea and sentencing as she resides in California. If the Court is willing to waive her presence the parties are prepared to enter into this agreement tomorrow, February 5, 2014 at 3:30 p.m. Otherwise, the parties will be requesting a continuance to have Riley present.

The defendant, TASHAUNA NADENE RILEY, hereby requests this Court to proceed during defendant's absence pursuant to this waiver, and hereby agrees that defendant's interests are deemed represented at all times by the presence of defendant's attorney, the same as if the defendant were personally present in court. The defendant wishes to enter into the Petty Offense Agreement, as witnessed by her signature to the document as well as her signature below.

Undersigned counsel has been informed that TASHAUNA NADENE RILEY currently resides in California and the travel to and from Nevada would present a serious financial burden. It is the understanding of the undersigned counsel that defendant is willing and able to make good faith efforts to complete the court ordered requirements.

Respectfully submitted,

DATED: 2/4/14

BRENDA WEKLSER,
Assistant Federal Public Defender

DATED: 2/4/14

TASHAUNA NADENE RILEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TASHAUNA NADENE RILEY ,<br><br>　　　　　　　Defendant. | CASE NO.:  2:13-MJ-994-GWF<br><br>**ORDER** |

Good cause appearing and the interests of justice and judicial economy being best served; **IT IS THEREFORE ORDERED,** that Tashauna Nadene Riley's presence is not required for the entry of plea and sentencing at the court appearance currently scheduled for February 5, 2014 at 4:00 p.m., or for future court hearings should the defendant continue to meet the court ordered requirements.

DATED: February 5, 2014

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on February 4, 2014, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR PERMISSION TO ALLOW ENTRY OF PLEA AND SENTENCING IN ABSENTIA** by electronic service (ECF) to the persons named below:

DANIEL G. BOGDEN
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

/S/ Nancy Vasquez
Nancy Vasquez, Senior Legal Assistant to
BRENDA WEKSLER,
Assistant Federal Public Defender

4